**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2021-CA-1229

Jenny Ann Badeaux

            - - Versus - -

St. Tammany Parish Hospital Service District No. 1 d/b/a
St. Tammany Parish Hospital

22nd Judicial District Court
Case #: 201912134
St. Tammany Parish

On Application for Rehearing filed on   06/20/2022 by Jenny Ann Badeaux

Rehearing _____ *denied* _____

<br>

_____
Vanessa Guidry Whipple

_____
Allison H. Penzato

_____
Chris   Hester

Date   **JUN 2 9 2022**
_____

_____
Rodd Naquin, Clerk